JS-6

L. Julius M. Turman (SBN 226126)
Email: jturman@reedsmith.com
Geneva A. Collins (SBN 187023)
Email: gcollins@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A. (erroneously sued as Bank of America) and Chandrika Majithia

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MYKELLA SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA; CHANDRIKA MAJITHIA; LINDA JORDAN; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No.: SACV13- 00930 DOC (JPRx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A))**<br><br>*L.R. 16-15.7*<br><br>Hon. David O. Carter, U.S.D.J. |

1    IT IS HEREBY ORDERED by and between Plaintiff Mykella Smith and
2 Defendants Bank of America, N.A. and Chandrika Majithia, that the above-entitled
3 action be dismissed with prejudice.  Each party shall bear its own attorney's fees and
4 costs.
5 IT IS SO ORDERED
6 March 19, 2014

By: *David O. Carter*
Hon. David O. Carter
United States District Judge

– 1 –   CASE NO.: SACV13- 00930 DOC (JPRx)
[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE